IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL GRANT, | CIVIL DIVISION |
| Plaintiff, | Case No. 3:23-cv-00156 |
| v. | |
| MULTI-COLOR CORPORATION t/d/b/a MCC Premium Label Solutions, | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Keith Spiller* |
| 220 Koppers Building | Thompson Hine LLP |
| 436 Seventh Avenue | 312 Walnut Street, Suite 2000 |
| Pittsburgh, PA 15219 | Cincinnati, OH 45202 |
| Counsel for the plaintiff | Counsel for the defendant |

### ORDER

AND NOW, this 8th day of February 2024, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

Stephanie L. Haines
United States District Court Judge